Argued and submitted March 2, affirmed August 30, 2000

In the Matter of Noelle T. Duffy,
aka Noelle T. Guerine,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

NOELLE T. DUFFY,
aka Noelle T. Guerine,
*Appellant.*

(9903 61432; CA A105836)

10 P3d 291

Paul L. Breed argued the cause and filed the brief for appellant.

Michael C. Livingston, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Affirmed. *State v. Buffum*, 166 Or App 552, 999 P2d 541 (2000).